AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>German Paredes-Cruz,<br>a.k.a.: German Cruz-Paredez,<br>a.k.a.: German Paradez Cruz,<br>(A079 656 301)<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 17-8328 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 1, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

German Paredes-Cruz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 28, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

_CEB_

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Rene A. Lopez,
Deportation Officer
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   July 31, 2017                    _____
_Judge's signature_

John Z. Boyle,
City and state:   Phoenix, Arizona               United States Magistrate Judge
_____
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 1, 2015, German Paredes-Cruz was booked into the Arizona State Prison Complex (ASPC), Alhambra Reception, for a state criminal conviction. While incarcerated at the ASPC facility, Paredes-Cruz was encountered by Designated Immigration Officer (DIO) Colmenero, who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). DIO Colmenero determined Paredes-Cruz to be a citizen of Mexico, illegally present in the United States. On October 2, 2015, an immigration detainer was lodged with the ASPC. On July 28, 2017, Paredes-Cruz was released from the Lewis State Prison and transported to the Phoenix ICE office for further investigation and processing. Paredes-Cruz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Paredes-Cruz to be a citizen of Mexico and a previously deported criminal alien. Paredes-Cruz was removed from the United States

1

to Mexico through Nogales, Arizona, on or about September 28, 2010, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Paredes-Cruz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Paredes-Cruz's immigration history was matched to him by electronic fingerprint comparison.

4.  Criminal history checks revealed that German Paredes-Cruz was convicted of Aggravated Assault, a felony offense, on May 19, 2009, in the Superior Court of Arizona, Maricopa County. Paredes-Cruz was sentenced to three (3) years' incarceration. Paredes-Cruz's criminal history was matched to him by electronic fingerprint comparison.

5.  On July 28, 2017, German Paredes-Cruz was advised of his constitutional rights. Paredes-Cruz freely and willingly acknowledged his rights and declined to make any further statements.

6.  For these reasons, this affiant submits that there is probable cause to believe that on or about October 1, 2015, German Paredes-Cruz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about September 28, 2010, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).


_____

Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 31st day of July, 2017.


_____

John Z. Boyle,
United States Magistrate Judge

3